IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LOUIE ALEXANDER,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      3:09cv605-MHT
                              )         (WO)
EVENING SHADE INC., d/b/a     )
PENNY PROFFIT CLEANERS, and   )
RICK HADDOCK,                 )
                              )
    Defendants.               )
```

ORDER

Upon consideration of the motions in limine (doc. No. 54) and objection (doc. no. 55), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than noon on August 12, 2010, to attempt to resolve the motions and objection; and

(2) File a jointly prepared report by noon on August 13, 2010, (a) as to which issues in the motions and objection are resolved and which ones remain unresolved,

and (b) for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 10th day of August, 2010.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE