IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:09cv605-MHT |
| ) | (WO) |
| EVENING SHADE INC., d/b/a ) | |
| PENNY PROFIT CLEANERS, and ) | |
| RICK HADDOCK, ) | |
| ) | |
|    Defendants. ) | |

ORDER

Pursuant to the joint stipulation for dismissal (doc. no. 70), it is the ORDER. JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of September, 2010.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE